# IN THE SUPREME COURT OF THE STATE OF NEVADA

OUTDOOR PROMOTIONS, LLC,
                       Appellant,
vs.
PATRICK OBENCHAIN, AS THE
GUARDIAN AD LITEM FOR CONAN
OBENCHAIN, A MINOR; REGIONAL
TRANSPORTATION COMMISSION OF
SOUTHERN NEVADA; AND CLARK
COUNTY,
                       Respondents.

No. 81272

FILED

AUG 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a motion for determination of good faith settlement and denying a motion to deem the settling parties' liability as several only and for inclusion of those entities on the eventual trial verdict form. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Because it appeared that the district court had not finally dismissed the complaint and because no appeal lies from an order determining the joint or several liability of a party, this court entered an order directing appellant to demonstrate this court's jurisdiction. Appellant has responded and concedes that this court lacks appellate jurisdiction over the challenged order. To the extent appellant requests that this court construe the notice of appeal as a writ petition, the request is denied.

Appellant is free to file a writ petition, which will be docketed as a new proceeding. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.    _____, J.
Hardesty                        Cadish

cc:    Hon. Nancy L. Allf, District Judge
       Israel Kunin, Settlement Judge
       Hall Jaffe & Clayton, LLP
       Bremer Whyte Brown & O'Meara, LLP/Las Vegas
       Lee, Landrum & Carlson, APC
       Stovall & Associates
       Eighth District Court Clerk